**FILED**
United States Court of Appeals
Tenth Circuit

**January 22, 2016**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, et al.,<br><br>　　Defendant Cross Claimants - Appellees,<br><br>BROOKLYN M. GREEN,<br><br>　　Defendant,<br><br>v.<br><br>MARK ANDRES GREEN, et al.,<br><br>　　Defendants Cross Defendants - Appellants,<br><br>and<br><br>D. SCOTT HEINEMAN, et al.,<br><br>　　Defendants Cross Defendants. | No. 15-5032 |

---

**ORDER**

---

Before **HOLMES**, **MATHESON**, and **PHILLIPS**, Circuit Judges.

---

Appellant's petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk